1  BENJAMIN B. WAGNER
United States Attorney
2  DONNA L. CALVERT
Acting Regional Chief Counsel
3  DANIEL P. TALBERT
Special Assistant United States Attorney
4          Social Security Administration
5          160 Spear Street, Suite 800
San Francisco, CA 94105
6          Telephone: (415) 977-8926
Facsimile: (415) 977-8873
7
8  Attorneys for Defendant

9

10                  UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA
11                    SACRAMENTO DIVISION

12

13  CHERYL BROUGHTON,                    )   CASE NO. 2:12-CV-01696-KJN
                                         )
14          Plaintiff,                   )   STIPULATION AND ~~PROPOSED~~ ORDER
    vs.                                  )   FOR DISMISSAL
15                                       )
16  MICHAEL J. ASTRUE,                   )
    Commissioner of Social Security,     )
17          Defendant.                   )
                                         )
18                                       )
                                         )
19                                       )
                                         )
20                                       )
                                         )
21  _____)

22

23

24

25

26

27

28

1      The parties stipulate that Defendant's previously filed Motion to Dismiss is withdrawn.  The

2 parties further stipulate, pursuant to Fed. R. Civ. P. 41(a)(2), that this matter shall be dismissed with

3 prejudice, each party to bear its own fees, costs, and expenses.

4

5                          Respectfully submitted,

6 DATED: December 4, 2012           *s/ Jesse S. Kaplan*
                            JESSE S. KAPLAN

7                             (as authorized by email)

8                             Attorney for Plaintiff

9                             BENJAMIN B. WAGNER

10                             United States Attorney

11

12 DATE: December 6, 2012     By   *s/ Daniel P. Talbert*
                             DANIEL P. TALBERT

13                             Special Assistant United States Attorney

14                             Attorneys for Defendant

15

16

17                           **ORDER**

18      Pursuant to stipulation, it is so ordered.

19 **Date:  12/6/2012**

20

21

22                            KENDALL J. NEWMAN

23                            UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

Stip & ~~Proposed~~ Order to Dismiss        1